IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JEREMY RYAN HAGAN,

        Appellant,

 v.                               Case No.  5D21-2132
                                    LT Case Nos. 2014-CF-02973-A-O
                                                   2014-CF-03173-A-O
                                                   2014-CF-010624-A-O

STATE OF FLORIDA,

        Appellee.
_____/

Decision filed November 1, 2022

3.850 Appeal from the Circuit Court
for Orange County,
Luis Fernando Calderon, Judge.

Jeremy Ryan Hagan, Monticello, pro se.

Ashley Moody, Attorney General, Tallahassee,
and Douglas T. Squire, Assistant Attorney
General, Daytona Beach, for Appellee.


PER CURIAM.

     AFFIRMED.


WALLIS, EDWARDS and HARRIS, JJ., concur.